NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-0809**

**STATE OF LOUISIANA**

**VERSUS**

**FRANK ALLEN, JR.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 260502,
HONORABLE DONALD T. JOHNSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*] Judges.

**SENTENCE VACATED AND CASE REMANDED FOR RESENTENCING.**

**T. Gerald Henderson**
**Assistant District Attorney**
**Ninth Judicial District**

**Post Office Drawer 1472**
**Alexandria, LA  71309**
**(318) 473-6650**
**COUNSEL FOR:**
        **State of Louisiana**

---

[*]John B. Scofield, participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**Peggy J. Sullivan**
**Louisiana Appellate Project**
**Post Office Box 2775**
**Monroe, LA  71207-2775**
**(318) 387-6124**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Frank Allen, Jr.**